# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED for Danville

OCT 17 2011

JULIA C. DUDLEY, CLERK
BY: /s/ Cay Coleman
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Tyhan Seneca Tillman | ) | Case No: 4:03-cr-70056-1 |
| | ) | USM No: 10031-084 |
| Date of Previous Judgment: 07/30/2008 | ) | |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **121** months **is reduced to** **120 months\***.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*
Previous Offense Level: **32**     Amended Offense Level: **28**
Criminal History Category: **I**    Criminal History Category: **I**
Previous Guideline Range: **121** to **151** months    Amended Guideline Range: **120** to **120\*** months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

### III. ADDITIONAL COMMENTS
\* Defendant's term of imprisonment is reduced to 120 months (the statutory minimum).

Except as provided above, all provisions of the judgment dated **07/30/2008** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: **10/14/2011**    /s/ Norman K. Moon
                              *Judge's signature*

Effective Date: **11/01/2011**    Norman K. Moon, United States District Judge
*(if different from order date)*    *Printed name and title*